NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re VELCRO IP HOLDINGS LLC,**
*Appellant*

---

2025-1607

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17/567,188.

---

**ON MOTION**

---

Before REYNA, HUGHES, and STOLL, *Circuit Judges.*

STOLL, *Circuit Judge.*

**O R D E R**

Velcro IP Holdings LLC appeals from a decision of the Patent Trial and Appeal Board affirming the examiner's rejection of certain patent application claims as obvious. Conceding that the Board erred in its analysis, ECF No. 23 at 3, the Acting Director of the United States Patent and

2                                      IN RE VELCRO IP HOLDINGS LLC

Trademark Office ("USPTO") moves without opposition for remand for further proceedings before the Board.[1]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The case is remanded to the USPTO for further consideration consistent with the motion and this order.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 30, 2025
        Date


ISSUED AS A MANDATE:  September 30, 2025

---

[1]    After the motion was filed, the Director of the United States Patent and Trademark Office was substituted as the appellee in this case.